| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Annie Verdries, SBN 91049<br>Lewis Brisbois Bisgaard & Smith LLP<br>650 Town Center Drive, Suite 1400<br>Costa Mesa, CA 92626<br>Tel: (714) 545-9200<br>Fax: (714) 850-1030<br>E-Mail: verdries@lbbslaw.com<br><br>*Attorney for Metals USA Building products, LP* | **FILED & ENTERED**<br><br>AUG 26 2009<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY egarcia    DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: Michael Weinman and Nessa Weinman

Debtor(s).

| | |
|---|---|
| Metals USA Building Products, LP<br><br>Plaintiff(s),<br><br>vs.<br><br>Michael Weinman<br><br>Defendant(s). | CHAPTER  7<br><br>CASE NUMBER LA09-14429-SB<br><br>☒    ADVERSARY NUMBER (If Applicable)<br>2:09-AP-01622-SB<br><br>(No Hearing Required) |

# ORDER ON AMENDED APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [Local Bankruptcy Rule 2090-1(b)]

The Court having reviewed the Application of the within named non-resident attorney to appear in a specific case under Local Bankruptcy Rule 2090-1(b), and good cause appearing therefore,

IT IS HEREBY ORDERED that the said Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*): James Acosta

☒     Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

###

DATED: August 26, 2009

_____
United States Bankruptcy Judge

C:\Documents and Settings\ambrosi\Desktop\orders Folder\Weinman order.doc

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Revised August 2005*                                                                                                                                        **F 2090-1.3**

| In re: | CHAPTER 7 |
|---|---|
| Michael Weinman and Nessa Weinman | CASE NUMBER LA09-14429-SB |
| Debtor(s). | ADV NO. 2:09-ap-01622-SB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 650 Town Center Drive, Suite 1400, Costa Mesa, CA 92626

A true and correct copy of the foregoing document described Order on Amended Application of Non-Resident Attorney to Appeal in a Specific Case [Local Bankruptcy Rule 2090(1)(b)} will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling
**I.** General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 14, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On July 14, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Samuel L. Bufford, United States Bankruptcy Judge, United States Bankruptcy Court, 255 East Temple Street, Los Angeles, CA 90012
Michael Weinman, 1800 Bagley Avenue, Los Angeles, CA 90035
Nessa Weinman, 1800 Bagley Avenue, Los Angeles, CA 90035
Paul A. Beck, Roll International Corp., 11444 W. Olympic Blvd., 10th Floor, Los Angeles, CA 90064-1557
United States Trustee, 725 S. Figueroa Street, 26th Floor, Los Angeles, CA 90017
Alan W. Forsley, Fredman Lieberman LLP, 1875 Century Park East, Ste 2222, Los Angeles, CA 90067
Elissa D. Miller, Chapter 7 Trustee, SulmeyerKupetz, 333 South Hope Street, 35th Floor, Los Angeles, CA 90071
James Acosta, Crouch & Ramey, L.L.P., 1445 Ross Avenue, Suite 3600, Dallas, Texas 75202
Gilbert B. Weisman, Becket & Lee, 16 General Warren Blvd. Malvern, PA 19355

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 14, 2009 | Gaye M. Ambrosi | /s/ Gaye M. Ambrosi |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

C:\Documents and Settings\ambrosi\Desktop\orders Folder\Weinman order.doc

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*Revised August 2005* **F 2090-1.3**

| In re:  Michael Weinman and Nessa Weinman                                        Debtor(s). | CHAPTER 7<br>CASE NUMBER LA09-14429-SB<br>ADV NO. 2:09-ap-01622-SB |
|---|---|

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)
Order on Application of Non-Resident Attorney to Appear in A Specific Case was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (**"**NEF**"**)** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of July 14, 2009 the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Alan W Forsley -    awf@fredmanlieberman.com
Elissa D. Miller -   CA71@cfcbis.com, Miller Trustee@Sulmeyerlaw.com
Annie Verdries -   verdries@lbbslaw.com
United States Trustee (LA) -  ustpregion16.la.ecf@usdoj.gov
James Acosta - jacosta@crouchfirm.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Michael Weinman, 1800 Bagley Avenue, Los Angeles, CA  90035
Nessa Weinman, 1800 Bagley Avenue, Los Angeles, CA 90035
Paul A. Beck, Roll International Corp., 11444 W. Olympic Blvd., 10th Floor, Los Angeles, CA  90064-1557

☐ Service information continued on attached page

**II.TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):

C:\Documents and Settings\ambrosi\Desktop\orders Folder\Weinman order.doc

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*Revised August 2005*                                                                                                                                                                                   **F 2090-1.3**